IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO: 7:16-CR-00122-BO-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER OF ABATEMENT |
| v. | ) | |
| | ) | |
| MARK ANTHONY WEST | ) | |

Upon motion of the Government, and for good cause shown, it is HEREBY ORDERED that the pending case against the defendant MARK ANTHONY WEST is abated.

So ORDERED, this **7** day of November, 2017.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE

1